AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| DAVID JOHN LESPERANCE | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      DAVID JOHN LESPERANCE                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; Disorderly or Disruptive Conduct in a Restricted Building;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:  06/21/2021                                              *[signed]*  2021.06.21 18:11:43 -04'00'
                                                                  *Issuing officer's signature*

City and state:     Washington, D.C.                Robin M. Meriweather, U.S. Magistrate Judge
                                                                  *Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/22/2021, and the person was arrested on *(date)* 4/24/2021
at *(city and state)* Melbourne, FL

Date: 6/24/2021                                     *[signed]*
                                                                  *Arresting officer's signature*

                                                                  Kelsey Harris, Special Agent
                                                                  *Printed name and title*